UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                         :

ANTHONY A. COWSETTE
                                                     : Bankruptcy No. 16-13249REF
      Debtor(s)                             : Chapter 13

ORDER

AND NOW, upon consideration of motion, and after notice and hearing, the above-captioned case is hereby DISMISSED.

BY THE COURT

*Date: November 3, 2016*

Richard E. Fehling, B. J.