United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 16-13249-ref
Anthony A. Cowsette                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Cathleen              Page 1 of 2                 Date Rcvd: Nov 03, 2016
                              Form ID: pdf900             Total Noticed: 40

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 05, 2016.
```
db         +Anthony A. Cowsette,    945 Muhlenberg Street,    Reading, PA 19602-1936
smg        +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
             Allentown, PA 18101-1603
smg         City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg        +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg        +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
13773739    American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
             Malvern  PA 19355-0701
13722915   +Amex,    Correspondence,    Po Box 981540,    El Paso, TX 79998-1540
13722916   +Bank Of America,    Nc4-105-03-14,    Po Box 26012,    Greensboro, NC 27420-6012
13722917   +Cap1/neimn,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
13722918   +Capital One,    Po Box 30285,    Salt Lake City, UT 84130-0285
13722919   +Chase Card Services,    Attn: Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
13722920   +Chase Mtg,    Po Box 24696,    Columbus, OH 43224-0696
13722921   +Citibank/Best Buy,    Centralized Bankruptcy/CitiCorp Credit S,    Po Box 790040,
             St Louis, MO 63179-0040
13722922    Citimortgage Inc,    Attn: Bankruptcy,    Po Box 6423,    Sioux Falls, SD 57117
13722924   +Ditech Financial LLC,    3000 Bayport Drive,    Suite 880,    Tampa, FL 33607-8409
13722927  ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,    COLORADO SPRINGS CO 80962-2180
            (address filed with court:  Ford Motor Credit,    Po Box 62180,    Colorado Springs, CO 80962)
13722925   +First Data,    1307 Walt Whitman Rd,    Melville, NY 11747-4819
13722928   +Homebanc Mortgage,    HomeBanc Mortgage Corporation,    2002 Summit Boulevard - Suite 100,
             Atlanta, GA 30319-1476
13722929   +KML Law Group, P.C.,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
13786534   +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
13722930   +Seterus Inc,    14523 Sw Millikan Way St,    Beavertton, OR 97005-2352
13722935   +TD Auto Financial,    Td Auto Finance,    Po Box 551080,    Jacksonville, FL 32255-1080
13722937   +Vnb/loan Svs,    Po Box 1015,    Spring Valley, NY 10977-0815
13722938   +Wachov/ftu/Wells Fargo,    Po Box 31557,    Mac B6955-01b,    Billings, MT 59107-1557
13722939   +Wells Fargo Bank,    Mac F82535-02f,    Po Box 10438,    Des Moines, IA 50306-0438
13810043    Wells Fargo Bank, N.A.,    Wells Fargo Card Services,    PO Box 10438, MAC F8235-02F,
             Des Moines, IA 50306-0438
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg        +E-mail/Text: robertsl2@dnb.com Nov 04 2016 01:48:49      Dun & Bradstreet, INC,
             3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg        +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 04 2016 01:48:50       U.S. Attorney Office,
             c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
13722914    E-mail/Text: ebnbankruptcy@ahm.honda.com Nov 04 2016 01:48:48      American Honda Finance,
             Po Box 168088,    Irving, TX 75016
13722913   +E-mail/Text: ally@ebn.phinsolutions.com Nov 04 2016 01:48:34      Ally Financial,
             Po Box 380901,    Bloomington, MN 55438-0901
13740379    E-mail/Text: ally@ebn.phinsolutions.com Nov 04 2016 01:48:34      Ally Financial,
             PO Box 130424,    Roseville MN 55113-0004
13722923   +E-mail/Text: mrdiscen@discover.com Nov 04 2016 01:48:35      Discover Financial,
             Attn: Bankruptcy,    Po Box 3025,    New Albany, OH 43054-3025
13812293    E-mail/Text: bankruptcy.bnc@ditech.com Nov 04 2016 01:48:37
             Ditech Financial LLC fka Green Tree Servicing LLC,    P.O. Box 6154,
             Rapid City, South Dakota 57709-6154
13722926   +E-mail/Text: cashiering-administrationservices@flagstar.com Nov 04 2016 01:48:57
             Flagstar Bank,    Attn: Bankruptcy Dept,    5151 Corporate Dr,    Troy, MI 48098-2639
13738801    E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 04 2016 01:48:39
             Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
             Harrisburg, PA  17128-0946
13722931   +E-mail/PDF: gecsedi@recoverycorp.com Nov 04 2016 01:49:55      Synchrony Bank/Care Credit,
             Attn: bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13722932   +E-mail/PDF: gecsedi@recoverycorp.com Nov 04 2016 01:50:05      Synchrony Bank/Lowes,
             Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13722933   +E-mail/PDF: gecsedi@recoverycorp.com Nov 04 2016 01:49:54      Synchrony Bank/Old Navy,
             Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13722934   +E-mail/PDF: gecsedi@recoverycorp.com Nov 04 2016 01:49:54      Synchrony Bank/Sams,
             Attn: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
13722936   +E-mail/Text: bankruptcy@td.com Nov 04 2016 01:48:46      Td Banknorth Maine,
             Td Bank/Attn: Bankruptcy,    Po Box 1190,    Lewiston, ME 04243-1190
                                                                                              TOTAL: 14

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*        Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
             Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0313-4          User: Cathleen              Page 2 of 2                   Date Rcvd: Nov 03, 2016
                              Form ID: pdf900             Total Noticed: 40
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 05, 2016                                         Signature: /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2016 at the address(es) listed below:
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Ditech Financial LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
        RICHARD F. WEINSTEIN    on behalf of Debtor Anthony A. Cowsette rfwlaw1@comcast.net
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                    :

ANTHONY A. COWSETTE
                                          : Bankruptcy No. 16-13249REF
    Debtor(s)                             : Chapter 13

ORDER

AND NOW, upon consideration of motion, and after notice and hearing, the above-captioned case is hereby DISMISSED.

BY THE COURT

**Date: November 3, 2016**

Richard E. Fehling, B. J.